Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Robert L. Warren <br><br> **Plaintiff** <br><br> vs. <br><br> James Dimas, Gregg Scott, Liberty Healthcare Corporation, Michael Bednarz, Dr. Shan Jumper, Sharlene Caraway, Amy Louck, Shelly Ganz, Kathleen Schroeder, Jennifer Block, Krista Wilcoxen, Nicole Hernandez <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case Number: 16-4213 <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against Plaintiff pursuant to Federal Rule of Civil Procedure 58.

**Dated: 9/5/2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court